**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Stefanie L. Fedunok<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1157<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21648–CMB | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stefanie L. Fedunok

11/30/22    **By the court:**    <u>Carlota M Bohm</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 22-21648-CMB

Stefanie L. Fedunok                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: admin                                             Page 1 of 4

Date Rcvd: Nov 30, 2022                                   Form ID: 318                                       Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie L. Fedunok, 3774 Woodrow Ave, Pittsburgh, PA 15227-3570 |
| 15508722 | + | Community College of Allegheny County, 800 Allegheny Avenue, Pittsburgh, PA 15233-1895 |
| 15508749 | + | Hsbc Bank Nevada N.A., 1111b Town Center Drive, Las Vegas, NV 89144 |
| 15508783 | + | Reliant Cap, 750 Cross Pointe Rd, Gahanna, OH 43230-6691 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Dec 01 2022 04:48:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Dec 01 2022 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 01 2022 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Dec 01 2022 04:48:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 30 2022 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 01 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508715 | + | EDI: PHINGENESIS | Dec 01 2022 04:53:00 | Bank of Missouri, Po Box 4499, Beaverton, OR 97076-4499 |
| 15508717 | + | EDI: CAPITALONE.COM | Dec 01 2022 04:48:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15508716 | + | EDI: CAPITALONE.COM | Dec 01 2022 04:48:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15508718 | | EDI: CITICORP.COM | Dec 01 2022 04:48:00 | Citibank N.A. (Best Buy), PO Box 6077, Sioux Falls, SD 57117-6077 |

Case 22-21648-CMB   Doc 19   Filed 12/02/22   Entered 12/03/22 00:27:05   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: 318 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15508719 | | EDI: WFNNB.COM | Dec 01 2022 04:48:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15508720 | + | EDI: WFNNB.COM | Dec 01 2022 04:48:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15508721 | + | EDI: WFNNB.COM | Dec 01 2022 04:48:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15508724 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 23:49:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15508723 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 23:49:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15508758 | + | EDI: CITICORP.COM | Dec 01 2022 04:48:00 | Macy's, PO BOX 8218,, Mason, OH 45040 |
| 15508760 | + | EDI: CITICORP.COM | Dec 01 2022 04:48:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15508725 | + | Email/Text: EBN@edfinancial.com | Nov 30 2022 23:50:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508736 | + | Email/Text: EBN@edfinancial.com | Nov 30 2022 23:50:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508748 | + | EDI: PHINGENESIS | Dec 01 2022 04:53:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15508747 | + | EDI: PHINGENESIS | Dec 01 2022 04:53:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15508750 | | EDI: JEFFERSONCAP.COM | Dec 01 2022 04:53:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15508751 | | EDI: JEFFERSONCAP.COM | Dec 01 2022 04:53:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15508752 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2022 23:50:00 | Kohl's, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 15508754 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2022 23:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15508753 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2022 23:50:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15508757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 23:59:58 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 15508756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 30 2022 23:50:00 | LoanCare. LLC, Attn: Consumer Solutions Dept, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15508755 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 30 2022 23:50:00 | LoanCare. LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15508759 | + | EDI: CITICORP.COM | Dec 01 2022 04:48:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15508761 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 23:50:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15508764 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 23:50:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15508770 | + | EDI: NAVIENTFKASMSERV.COM | Dec 01 2022 04:48:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15508767 | + | EDI: NAVIENTFKASMSERV.COM | Dec 01 2022 04:48:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15508773 | | EDI: PRA.COM | Dec 01 2022 04:48:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 15508778 | | EDI: PRA.COM | Dec 01 2022 04:48:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15508785 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 23:49:32 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15508784 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 23:49:32 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15508786 | + | EDI: RMSC.COM | Dec 01 2022 04:48:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15509314 | + | EDI: RMSC.COM | Dec 01 2022 04:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508789 | + | EDI: WTRRNBANK.COM | Dec 01 2022 04:48:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15508788 | + | EDI: WTRRNBANK.COM | Dec 01 2022 04:48:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15508790 | + | EDI: WFNNB.COM | Dec 01 2022 04:48:00 | Ulta, c/o Comenity Bank, Po Box 182120, Columbus, OH 43218-2120 |
| 15508791 | + | EDI: VERIZONCOMB.COM | Dec 01 2022 04:48:00 | Verizon Wireless, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15508726 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508727 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508728 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508729 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508730 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508731 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508732 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508733 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508734 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508735 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15508737 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508738 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508739 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508740 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508741 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508742 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508743 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508744 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508745 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508746 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15508762 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15508763 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15508765 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15508766 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15508771 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15508772 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15508768 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15508769 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15508774 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| | | |
|---|---|---|
| | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15508775 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15508776 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15508777 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15508779 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15508780 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15508781 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15508782 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15508787 | * | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 1 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Kenneth Steidl
  on behalf of Debtor Stefanie L. Fedunok julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
  crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 5